IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DALBERT GARCIA,

    Plaintiff,

v.   No. 1:14-CV-00969-MV-GBW

JOHNA GONZALES, *Warden, Taos County Adult Detention Center*, and LAWRENCE SILVA,

    Defendants.

ORDER QUASHING ORDER TO SHOW CAUSE

This matter is before the Court on Plaintiff's response to the Court's order to show cause. [Doc. 29]   On April 22, 2015, this Court ordered Plaintiff to show cause why his complaint should not be dismissed for failure to exhaust available administrative remedies.  [Doc. 27]   In response, Plaintiff alleges that he exhausted his available administrative remedies by submitting multiple "request or grievances to administration" and by going "through every chain of command." [Doc. 29]   In light of the foregoing, the Court's order to show cause [Doc. 27] will be quashed without prejudice to Defendants' right to raise Plaintiff's failure to exhaust administrative remedies as an affirmative defense.

    IT IS THEREFORE ORDERED that the order to show cause [Doc. 27] is QUASHED .

    IT IS SO ORDERED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE